# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 27, 2026

Lyle W. Cayce
Clerk

———————————

No. 25-20026

———————————

WILLIE POWELLS,

*Plaintiff—Appellant*,

*versus*

1600 WEST LOOP SOUTH, L.L.C.,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-3790

_____

Before RICHMAN, HIGGINSON, and OLDHAM, *Circuit Judges*.
PER CURIAM:[*]

Willie Powells appeals the district court's decision granting summary judgment to 1600 West Loop South, L.L.C. ("H-Bar") and dismissing Powells' claim, under 42 U.S.C. § 1981, that H-Bar discriminated against him when its personnel asked him to remove his baseball cap. Because we find no error in the district court's well-reasoned decision, we AFFIRM the judgment of the district court. See 5TH CIR. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.